**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Inova Labs, Inc.    v.    Inogen, Inc.

No. 15-1067

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Inova Labs, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Eric B. Meyertons |
| Law firm: | Meyertons, Hood, Kivlin, Kowert & Goetzel, P.C. |
| Address: | 1120 S. Capital of Texas Hwy., Bldg. 2, Ste. 300 |
| City, State and ZIP: | Austin, Texas 78746 |
| Telephone: | 512-853-8800 |
| Fax #: | 512-853-8801 |
| E-mail address: | emeyertons@intprop.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 01/11/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/04/2014                        /s/Eric B. Meyertons
Date                              Signature of pro se or counsel

cc: Linda Liu, Knobbe Martens Olson & Bear LLP (via Email)